423 A.2d 1309

## First National Bank of Pike County v. Novak, Adm'x. Estate of Andrews, deceased.

### Appeal of Novak.

Submitted March 23, 1979.  Charles Witaconis, for appellant;  Arthur Ridley, for appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Order affirmed.